IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>      Plaintiff,<br><br>  v.<br><br>CARMONA STAFFING, MARTHA ACEVEDO,<br><br>      Defendants.<br>_____/ | No.  CIV.S-06-2241 LKK DAD PS<br><br><u>ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS, DIRECTING CLERK TO SEND MATERIALS FOR SERVICE, AND REQUIRING SERVICE BY UNITED STATES MARSHAL</u> |

        This proceeding was referred to the undersigned by Local Rule 72-302(c)(21).  Plaintiff's pro se complaint alleges a claim under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act based on the failure to higher plaintiff due to his age.

        Plaintiff has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915.  Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff's request to proceed in forma pauperis is
3  granted.

4  2. The Clerk of the Court is directed to issue process and
5  to send plaintiff an instruction sheet for United States Marshal
6  service of process, along with a USM-285 form and a summons form for
7  each defendant for whom service is authorized, as well as a copy of
8  plaintiff's endorsed filed complaint.

9  3. Plaintiff shall follow the instructions, submitting the
10 completed materials for service and a copy of this order directing
11 service to the United States Marshal.  Plaintiff shall submit the
12 necessary materials to the United States Marshall within thirty (30)
13 days of being served with this order.

14 4. Within thirty (30) days of receiving the necessary
15 materials from plaintiff, the United States Marshal is directed to
16 serve process on defendants Carmona Staffing and Martha Acevedo.
17 DATED: December 18, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.prose\whitsitt2241.ifp.serve

2