IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,                                No.  CIV S-06-2241 LKK DAD PS

    v.

CARMONA AGENCY STAFFING,         ORDER TO SHOW CAUSE
et al.,

    Defendants.
_____/

        By an order filed December 19, 2006, plaintiff was directed to return the necessary documents for service to the United States Marshal's office within thirty days.  The time period has now expired, and it has come to the court's attention that the United States Marshal is not in receipt of the necessary materials.

        Accordingly, the court HEREBY ORDERS plaintiff to show cause in writing within ten days why this case should not be dismissed for lack of prosecution.  Failure to <u>timely</u> file the required writing will result in a recommendation that the case be dismissed.

DATED: May 1, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.prose/whitsitt2241.osc