IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

v.

CARMONA AGENCY STAFFING, et al.,

    Defendants.
    /

No. CIV S-06-2241 LKK DAD PS

<u>FINDINGS AND RECOMMENDATIONS</u>

This case was filed on October 11, 2006. The action has been referred to the undersigned pursuant to Local Rule 72-302(c)(21). On May 1, 2007, plaintiff was ordered to show cause in writing within ten days why this case should not be dismissed for lack of prosecution. Plaintiff was cautioned that failure to timely file the required writing will result in a recommendation that this case be dismissed. More than twenty days have passed, and plaintiff has not responded to the order to show cause. Nor does it appear that plaintiff has provided the United States Marshal with the documents necessary for service of process.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within

1

1 **ten** days after being served with these findings and recommendations, plaintiff may file written
2 objections with the court.  Such a document should be titled "Objections to Magistrate Judge's
3 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4 specified time may, under certain circumstances, waive the right to appeal the District Court's
5 order.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6 DATED: May 24, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10 DAD:kw
ddad1/orders.prose/whitsitt2241.f&r

2