IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,                    No. CIV S-06-2241 LKK DAD PS

    vs.

CARMONA AGENCY STAFFING, et al.,

    Defendants.            <u>ORDER</u>

        Plaintiff, proceeding pro se, filed the above-entitled action seeking relief under the Age Discrimination in Employment Act and Title VII of the Civil Rights Act of 1964. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On July 16, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The findings and recommendations filed July 16, 2007, are adopted in full; and

3       2. This action is dismissed without prejudice pursuant to Federal Rule of Civil
Procedure 4(m).

DATED: August 8, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT